IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,             )<br>                              )<br>    vs.                       )<br>                              )<br> RENE ADRIAN SANDOVAL-         )<br> VALENZUELA,                   )<br>                              )<br>        Defendant.             ) | 8:07CR237<br><br>ORDER |

   This matter is before the court on the motion [22] of Julie B. Hansen, Assistant Federal Public Defender for leave to withdraw as counsel for the defendant.  Substitute counsel, Timothy McCarthy and Aaron Hamrock, have entered an appearance.

   **IT IS ORDERED:**

   1.   The Motion to Withdraw [22] is granted, and the appearance of Julie B. Hansen is hereby deemed withdrawn.

   2.   The provisions and deadlines set in the case progression order [17] remain in effect.

   **DATED July 23, 2007.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**